UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| PAUL SAPORITI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 17-cv-50162 |
| ) | |
| ) | Honorable Frederick J. Kapala |
| SMITH ECOLOGICAL SYSTEMS, CO. ) | |
| ) | Magistrate Judge Iain D. Johnston |
| Defendant. ) | |

**STIPULATION TO DISMISS AND**
**CONSENT TO ENTRY OF ORDER BY MAGISTRATE**

The undersigned attorneys, having been first duly authorized by their respective clients, hereby stipulate that the parties have consented to the entry by Magistrate Judge Iain D. Johnston of an Order dismissing the above-captioned cause with prejudice as to all parties.

11-17-17
Date

Paul Saporiti,

BY: _____,
Daniel J. McGrail, His Attorney,

Smith Ecological Systems Co.,

11-15-17
Date

BY: HOLMSTROM & KENNEDY, P.C.
Its Attorneys,

BY: Alexander J. Mezny

ATTORNEY ALEXANDER J. MEZNY (#6209513)
HolmstromKennedyPC
800 North Church Street
P.O. Box 589
Rockford, IL 61105
(815) 962-7071
(815) 962-7181 (fax)
amezny@hkrockford.com